Dana Johnson
Wilderness Watch
P.O. Box 9765
Moscow, ID 83823
208-310-7003
danajohnson@wildernesswatch.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| WILDERNESS WATCH, | Case No. 9:23-cv-00133-DLC-KLD |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, | |
| Defendant. | |

1

The undersigned attorney, Dana Johnson, enters this Notice of Appearance on behalf of Plaintiff Wilderness Watch.

DATED April 15, 2024.

/s/ Dana Johnson
Wilderness Watch
P.O. Box 9765
Moscow, ID 83823
208-310-7003
danajohnson@wildernesswatch.org

Attorney for Plaintiff