IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendants. | CV 23–133–M–DLC–KLD<br><br>ORDER |

IT IS ORDERED that oral argument on Plaintiff Wilderness Watch's Motion for Summary Judgment (Doc. 15) and Defendant United States Forest Service's Cross-Motion for Summary Judgment (Doc. 20) is scheduled for December 18, 2024, at 9:00 a.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 11th day of October, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge