# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| Wilderness Watch ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 9:23-cv-00133-DLC-KLD |
| United States Forest Service ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilderness Watch, Plaintiff                                                             .

Date:     11/19/2024

/s/ Daniel Brister
*Attorney's signature*

Daniel Brister, Montana Bar # 64922907
*Printed name and bar number*

P.O. Box 9175
Missoula, MT 59807
*Address*

danb@wildernesswatch.org
*E-mail address*

(406) 542-2048
*Telephone number*

*FAX number*