Daniel Brister
Montana Bar # 64922907
Wilderness Watch
P.O. Box 9175
Missoula, Montana 59807
Tel: 406-542-2048
danb@wildernesswatch.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| WILDERNESS WATCH,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>　　Defendant. | Case No. 9:23-cv-00133-DLC-KLD<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATION** |

　　Plaintiff Wilderness Watch, by and through the undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension time of 7 days, until April 11, 2025, to file its Objections to the Magistrate's Findings and Recommendation. As grounds for this extension, Plaintiff states as follows:

　　This additional time is necessary because the undersigned counsel was away from the office and traveling out of state when the Findings and Recommendation were issued and has been working to meet deadlines in other matters since

returning to the office. The Court's granting of the requested extension will allow Plaintiff adequate time to research and draft its objections.

Counsel for the Defendant, United States Forest Service, has been contacted and does not object to the extension.

For the reasons stated above, Wilderness Watch respectfully requests that the Court extend the deadline for filing its Objections to the Magistrate's Findings and Recommendation by 7 days, making the new deadline April 11, 2025.

Respectfully submitted this 28th day of March, 2025.

/s/ *Daniel Brister*

Daniel Brister
Montana Bar #64922907
Attorney for Plaintiff