## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| WILDERNESS WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendant. | Case No. 9:23-cv-00133-DLC-KLD<br><br>**PROPOSED ORDER GRANTING UNOPPOSED EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATION** |

On March 28, 2025 Plaintiff filed an unopposed motion to extend the deadline to file its Objections to the Magistrate's Findings and Recommendation. The Court being sufficiently advised, it is therefore:

**ORDERED** that the filing deadline will be extended to April 11, 2025.

Dated this _____ day of _____, 2025.