IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>    Defendant. | CV 23–133–M–KLD–DLC<br><br>ORDER |

   Before the Court is Plaintiff Wilderness Watch's Unopposed Motion for Extension of Time to File Objections to Magistrate's Findings and Recommendation (Doc. 32). Plaintiff seeks an extension of seven days, until April 11, 2025.

   Accordingly, IT IS ORDERED that the Motion (Doc. 32) is GRANTED. Plaintiff shall have up to and including April 11, 2025, to file its objections to Judge DeSoto's Findings and Recommendation.

   DATED this 31st day of March, 2025.

_____
Dana L. Christensen, District Judge
United States District Court