IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

IN RE: ORDER REASSIGNING CASES.

IT IS HEREBY ORDERED that the following cases are REASSIGNED to the Honorable Donald W. Molloy for all further proceedings:

1. Wilderness Watch v. U.S. Forest Service, CV-23-133-M-DLC;

2. Western Watershed Project et al. v. Moore, et al., CV-22-149-M-DLC;

3. Wild Earth Guardians v. United States Fish Wildlife Service, CV-24-66-M-DLC;

4. Gallatin Wildlife Association et al. v. Erickson, et al. CV-23-154-M-DLC;

5. Center for Biological Diversity, et al. v. U.S. Forest Service, et al., CV-23-110-M-DLC.

DATED this 6th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts