IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　　Defendant. | CV 23-133-M-DWM<br><br>JUDGMENT |

　　　　This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED, that judgment is entered in accordance with the Court's Order, (Doc. 37). The Findings and Recommendation, (Doc. 31), are ADOPTED IN PART, REJECTED IN PART, and modified as reflected in the Court's Order. Plaintiff's motion for summary judgment (Doc. 15) is GRANTED and Defendant's cross-motion for summary judgment (Doc. 20) is DENIED. The above entitled matter is closed.

　　　　Dated this 23rd day of October, 2025.

　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　　/s/ Tyler P. Gilman