IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | CV 23-133-M-DWM<br><br>AMENDED JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment is entered in accordance with the Court's Amended Order, (Doc. 39). The Findings and Recommendation, (Doc. 31), are ADOPTED IN PART, REJECTED IN PART, and MODIFIED. Wilderness Watch's motion for summary judgment (Doc. 15) is GRANTED and the Forest Service's cross-motion for summary judgment (Doc. 20) is DENIED. The Forest Service's August 3, 2023, Decision Notice is VACATED. The matter is REMANDED to the agency for further review consistent with the Court's Amended Order.

The above-entitled matter is closed.

Dated this 24th day of October, 2025.

TYLER P. GILMAN, CLERK
/s/ Tyler P. Gilman